HARRIET SHERMAN, Respondent, v. CHESTER E. SHERMAN, Appellant.— Motion for stay granted on condition that within five days from the entry of the order herein appellant file an undertaking, with corporate surety, conditioned for the payment of counsel fee in a sum of not exceeding $1,500. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ. [See *post*, p. 1080.]

## (June 10, 1940.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES WORKMAN, Petitioner, v. THE WARDEN OF CIVIL PRISON, KINGS COUNTY, SHERIFF OF KINGS COUNTY or Whoever Has the Custody of CHARLES WORKMAN, Respondents.— Return on writ of habeas corpus. Bail reduced to $75,000, writ dismissed and relator remanded to custody. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

JACK BINDER, Respondent, v. BEN RUBIN, INC., Appellant.— Order, entered on reargument, denying defendant's motion to vacate a warrant of attachment, affirmed, with ten dollars costs and disbursements. We affirm the order on the ground that plaintiff made a sufficient showing that defendant is about to dispose of its property with intent to defraud creditors. (*Wildman* v. *Van Gelder*, 60 Hun, 443.) The case should be tried without further delay. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

MICHAEL H. CARDOZO, Plaintiff, v. SOLOMON JAM and Others, Defendants. JESSE M. FRANKEL, Appellant; GEORGE E. BURR, as Receiver, Respondent.— Order directing the appellant, Jesse M. Frankel, to attorn to the receiver of the rents and profits appointed in a foreclosure action, and to pay thirty dollars per month rent for the two rooms used by him as a doctor's office, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.